# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| QUEEN ALLEN-SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:13-CV-27 JAR |
| | ) | |
| TOM J. VILSACK, Secretary of the United States Department of Agriculture, | ) ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon its review of the record. On February 5, 2014, the Court granted Plaintiff fourteen (14) days to file an amended complaint or else the Court would dismiss Plaintiff's Rehabilitation Act claims in Count I and II with prejudice and close this case. (ECF No. 15). To date, Plaintiff has not filed anything in response to the Court's February 5, 2014 Order.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff is granted until **Monday, March 31, 2014**, within which to file an amended complaint, or the Court will dismiss Plaintiff's Rehabilitation Act claims in Count I and II with prejudice and close this case.

Dated this 21th day of March, 2014.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE