**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| QUEEN ALLEN-SMITH, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:13-CV-27 JAR |
| TOM J. VILSACK, Secretary of the United States Department of Agriculture, | ) ) ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon its review of the record. On April 25, 2014, Defendant filed his Motion to Dismiss Plaintiff's First Amended Complaint. (ECF No. 20). To date, Plaintiff has not filed anything in response to Defendant's Motion to Dismiss.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff is granted until **Monday, May 19, 2014**, within which to file a response to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint [20], or the Court will rule upon Defendant's unopposed Motion to Dismiss.

Dated this 12th day of May, 2014.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE