UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| QUEEN ALLEN-SMITH, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:13-CV-00027-JAR |
| ) | |
| TOM J. VILSACK, SECRETARY, ) | |
| UNITED STATES DEPARTMENT OF ) | |
| AGRICULTURE, ) | |
| ) | |
|     Defendants. ) | |

## MEMORANDUM AND ORDER

In light of the Court's Order granting Plaintiff leave to file an amended complaint (Doc. 31) and Plaintiff's subsequent filing of her Second Amended Complaint (Doc. 36),

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (Doc. 20) is **DENIED as moot.**

Dated this 26th day of January, 2015.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE